FILED: April 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4206
(3:20-cr-00027-GMG-RWT-1)

_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

ARNEL HATEGEKIMANA, a/k/a Dominique Cash Robinson, a/k/a Homie

 Defendant - Appellant

_____

O R D E R

_____

The court denies the motion for extension of time to file the opening brief and joint appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk