IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Appellee ) | |
| ) | |
| v. ) | Case No. 23-4206 |
| ) | |
| ARNEL HATEGEKIMANA ) | |
| ) | |
| Defendant-Appellant ) | |

**APPELLANT'S MOTION TO FILE OPENING BRIEF OUT OF TIME**

The Appellant, Arnel Hategekimana, respectfully moves the Court to allow the filing of the Opening Brief one day out of time.

Counsel for the Appellant previously moved this Court to extend the filing deadline for a period of two days. This request was based on the fact that Charleston, WV, was experiencing a major weather event with tornado warnings. Counsel contacted the Clerk's office and was advised to file a motion to extend the deadline. Counsel did so, and the motion was denied.

The Opening Brief has been finalized one day past the deadline. The Appellant respectfully requests that the Opening Brief be filed.

**<u>ARNEL HATEGEKIMANA</u>**
**By Counsel**

<u>s/ John A. Carr</u>
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail:  <u>jcarr@jcarrlaw.com</u>
Counsel for the Appellant

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user: AUSA Lara Omps-Botteicher, United States Attorney Office, 320 W Pike St # 300, Clarksburg, WV 26301.

                                                                                    s/John A. Carr
                                                                                   John A. Carr